UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
CIVIL NO. 21-929(DSD/ECW)

Bobby J. Jackson, Sr.

       Plaintiff,

v.                                      **ORDER**

Ramsey County Adult Detention Center,
Bob Fletcher, Rodriguez, MacKenzie,

       Defendants.

This matter is before the court upon the report and recommendation of United States Magistrate Judge Hildy Bowbeer dated May 28, 2022. Neither party has filed objections to the R&R in the time period permitted. Accordingly, based on the R&R and the file, record, and proceedings herein, **IT IS HEREBY ORDERED** that:

1. The report and recommendation [ECF No. 40] is adopted in its entirety;

2. Defendants' Motion for Summary Judgment [ECF No. 34] is granted with respect to Jackson's § 1983 claims; and

3. Jackson's state law claims are dismissed without prejudice.

**LET JUDGMENT BE ENTERED ACCORDINGLY**

Dated:  June 30, 2022

                                          s/David S. Doty
                                          David S. Doty, Judge
                                          United States District Court